DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6912
  FAX: (415) 436-7027
  Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> HENRY WATSON, <br>     Defendant. | No. 3:19-mj-71423 <br><br> NOTICE OF ADDITIONAL COUNSEL |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Kristina Green appears in this matter in addition to AUSA William Frentzen. Future ECF notices should be sent to Assistant United States Attorney Green with the following contact information: Kristina Green, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102-3495, Email: Kristina.Green@usdoj.gov. AUSA William Frentzen remains as counsel for the government in this case.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 3, 2020 | Respectfully submitted, |
| 3 | | DAVID L. ANDERSON |
| 4 | | United States Attorney |
| 5 | | |
| 6 | | _____/s/_____ |
| | | KRISTINA GREEN |
| 7 | | Assistant United States Attorney |